IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-10378 (TMH) |
| PCF INVESTMENTS, | ) | |
| Debtor, | ) | BAP 23-00055 |
| ELZIABETH THOMAS, | ) | |
| Appellant, | ) | |
| v. | ) | Civ. No. 23-1047 (CFC) |
| PCF INVESTMENTS, | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this __27th__ day of December, 2023, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

_____
Chief Judge Colm F. Connolly
United States District Judge