## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ELIZABETH THOMAS                                       Case No. 23-CV-01047(CFC)

APPELLANT

vs.

PCF INVESTMENTS INC, A/K/A
PCF PROPERTIES IN TEXAS  LLC.

APPELLEES



_____

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that, Omar Perez,  one the managing members of  PCF

Investments Inc., a/k/a PCF Properties in Texas LLC.,  (the  "Appellees"), files this notice of

appearance and provides the following correspondence contact information as follows:

Address:              PCF Investments Inc.,
                      PCF Properties in Texas LLC.
                       2711 Centerville Road
                      Wilmington, DE 19808

E-Mail Address:       pcfpropertiesintexasllc456@gmail.com

Mailing Address:      The Spires Law Firm
                      17515 Spring Cypress Rd., #C620
                      Cypress, TX 77429
                      P: (713) 417-4662
                      F: (888) 277-0295
                      Attn: Attorney Alzadia Spires

                                      Respectfully submitted,

                                      Omar Perez Managing Member
                                      2711 Centerville Road
                                      Wilmington, DE 19808
                                      pcfpropertiesintexasllc456@gmail.com