## CERTIFICATE OF SERVICE

    I certify that on February 21, 2024, the foregoing document was served, via U.S. Postal Service upon:

Elizabeth Thomas
712 H Street, NE, #2487
Washington, DC 20002

*[FILED stamp: FEB 26 2024, U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

_____
Ømar Perez Managing Member