UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ELIZABETH THOMAS

APPELLANT

vs.

PCF INVESTMENTS INC, A/K/A
PCF PROPERTIES IN TEXAS LLC.

APPELLEES

Case No. 23-CV-01047(CFC)



## MOTION FOR AN ORDER TO REINSTATE APPEAL

TO THE HONORABLE JUDGE COLIN F. CONNOLLY U.S.D.J.

Appellant Elizabeth Thomas, moves the court for an order reinstating the appeal stayed as the result of the Appellant December 19, 2023, filing of a Chapter 13 Petition in the United States Bankruptcy Court for the Southern District of Texas; Houston Division, in Case No. 23-34971-(JPN) invoking *the* automatic stay under 11 U.S.C. § 362(a)..

On February 16, 2024,) the Honorable Judge Jeffrey P. Norman U.S.B.J signed an order granting the Appellants Motion to Lift the Stay to pursue remedies pending in this court on appeal attached as **Exhibit**-1.

Respectfully submitted

By: *Elizabeth Thomas*

Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington, DC 20002
346-818-0862
Tethomas3@aol.com