United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS | § | Case No. 23-34971 |
| Debtor | § | (Chapter 13) |
| | § | |
| Elizabeth Thomas *et al*, | § | |
| Appellants | § | |
| vs. | § | |
| | § | |
| PCF Investment Inc a/k/a PCF Properties in Texas LLC. | § | |
| | § | |
| Debtors | § | |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND THE CO-DEBTOR STAY
This Order Resolves Docket # 47)

James M. Andersen ("Movant"), Debtor Elizabeth Thomas Co-Debtors James Allen, Alland Haye and Robert L. Thomas and Judgment Creditor PCF Properties in Texas LLC, has filed this motion for relief from the automatic stay as to Debtor Elizabeth Thomas and Co-Debtors in order to proceed in a civil processing pending in U.S. Federal District Court of Delaware under case No. 23-CV-01047. Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Movant Debtor(s), Co-Debtors and Creditor have agreed to the requested relief.

Accordingly, it is ordered that Motion is granted leave from the automatic stay [and the co-debtor stay,] to pursue its U.S. Federal District Court of Delaware remedies.

Signed: February 16, 2024

Jeffrey P. Norman
United States Bankruptcy Judge