UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ELIZABETH THOMAS                                Case No. 23-CV-01047(CFC)

        APPELLANT

vs.

PCF INVESTMENTS INC, A/K/A
PCF PROPERTIES IN TEXAS  LLC.

        APPELLEES

_____

### ORDER

Based on the February 16, 2023, Order lifting the bankruptcy staying as to this appeal the Court Grants the motion and reinstates the Appeal as to the parties in the caption of the case/

Signed:

                                        _____
                                        Hon. Colin F. Connolly
                                        United States District Judge