## CERTIFICATE OF SERVICE

I certify that on February 23, 2024 , the foregoing document was served, via U.S. Postal Service upon:

Omar Perez
Managing Members
PCF Investments Inc.,
PCF Properties in Texas LLC.
2711 Centerville Road
Wilmington, DE 19808



Mailing address:

The Spires Law Firm
17515 Spring Cypress Rd., #C620
Cypress, TX 77429
P: (713) 417-4662
F: (888) 277-0295
Attn: Attorney Alzadia Spires

_____
Elizabeth Thomas