Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
346-818-0862
elizthomas234@gmail.com

February 23, 2024

FILED
FEB 2 6 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: 1-23-cv-01047-CFC

To the Honorable Clerk of Court Randall Lohan

Please find enclosed various pleadings I am seeking assistance with filing before the court. I numbered each pleading so as to lessen any confusion and I thank you in advance for your assistance.

1. Motion to Reinstate the Appeal, Exhibit 1 and Proposed Order

2. Appellants Designation of Items to be Included in the Record on Appeal and Amended Certificate of service. (for some reason this document never reached the court although mailed on September 13, 2023).

3. Notice of Settlement Agreement Voluntary Dismissal and Request for Vacatur, and Copy of Parties Settlement Agreement.

*Elizabeth Thomas*
Respectfully Requested,