OMAR PEREZ
2711 Centerville Road
Wilmington DE 19808

CERTIFIED MAIL
9589 0710 5270 1177 5873

Retail
U.S. POSTAGE PAID
FCM LG ENV
SPRING, TX 77379
FEB 21, 2024
19801
$5.79
RDC 99
R2309Y155380-04

FILED
FEB 26 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.D.
X-RAY

Office of Clerk
United States District Court of Delaware
844 North King St Unit 18
Wilmington DE 19801