1 | Page

## AMENDED CERTIFICATE OF SERVICE

I certify that on September 12, 2023, , the foregoing Notice of Appeal was served, via U.S. Postal Service upon:

PCF Investments Inc.,
PCF Properties in Texas LLC.
2711 Centerville Road
Wilmington, DE 19808

*Elizabeth Thomas*
Elizabeth Thomas