4 | P a g e

Washington, DC 20002<br>
346-818-0862<br>
Tethomas3@aol.com

## CERTIFICATE OF SERVICE

I certify that on September 13, 2023, the foregoing Designation of Record was served,

via U.S. Postal Service upon:

PCF Investments Inc.,
PCF Properties in Texas LLC.
2711 Centerville Road
Wilmington, DE 19808

*Elizabeth Thomas*
Elizabeth Thomas

4 | P a g e