IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>PCF INVESTMENTS,<br><br>　　　　　Debtor.<br>_____<br>ELIZABETH THOMAS,<br><br>　　　　　Appellant,<br><br>　v.<br><br>PFC INVESTMENTS,<br><br>　　　　　Appellee.<br>_____ | ) Chapter 11<br>) Bk. No. 23-10378-TMH<br>) BK. BAP No. 23-00055<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-1047-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this Thirteenth day of March 2024,

Based on the February 16, 2024 order issued by the Honorable Jeffrey P. Norman, appellant's motion to reinstate the appeal (D.I. 10) is GRANTED, and the appeal is no longer stayed. Pursuant to this Court's July 19, 2023 Standing Order regarding procedures governing mediation of all appeals from the United States Bankruptcy Court for the District of Delaware, IT IS HEREBY ORDERED that on or before May 1, 2024 by 4:00 p.m., the parties shall each submit to the Clerk of the Court a letter, no longer than three single-spaced pages in 12-point font, in which the parties shall: (1) state their respective positions as to whether mediation

of the instant case by a United States Magistrate Judge would or would not be beneficial at this time (and why); and (2) advise whether the parties previously attempted mediation or some other ADR process. **Additionally, the parties shall address the reasons, if any, why the proposed settlement with "PCF Properties in Texas LLC" and dismissal of the appeal (D.I. 12) should be conditioned upon a vacatur of any of the appealed orders (or any other order issued by the Bankruptcy Court).** Should the parties advise that mediation would not be beneficial at this time, and that the case should be removed from the Court's mandatory mediation process, the parties should also include a proposed briefing schedule for the instant appeal. The parties' letters shall not be docketed but shall instead be e-mailed to Randall Lohan at DED_BankruptcyAppeals@ded.uscourts.gov .

                                                _____
                                                     Chief Judge