March 25, 2024

FILED

MAR 2 7 2024

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To the Honorable Clerk of Court

Re: Elizabeth Thomas vs. PCF Investments Inc a/k/a PCF Properties in Texas LLC
    Cause No. 23-CV-01047(CFC)

Please find my  (i) Motion to Dismiss the Appeal ( I am requesting if possible if it can be heard on a expedited basis),  (ii) Amended Settlement Agreement ; and (iii) Proposed Order for filing

Thank you in advance for your assistance

Elizabeth Thomas