IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| PCF INVESTMENTS INC. | ) | Bankruptcy Case No.: 23-10378 (TMH) |
| aka PCF PROPERTIES IN TEXAS, LLC, | ) | Bankr. BAP No. 23-0055 |
| | ) | |
| Alleged Debtor. | ) | |
| _____ | ) | |
| ELIZABETH THOMAS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1047-CFC |
| | ) | |
| PCF INVESTMENTS | ) | |
| aka PCF PROPERTIES IN TEXAS, LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **22nd day of April 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not agree as to whether or not mediation would be helpful, and in light of the correspondence received in response to the Court's order of March 13, 2024, the Court does not believe that mediation would be helpful at this stage;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

 

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE