IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>PCF INVESTMENTS INC. )<br>aka PCF PROPERTIES IN TEXAS, )<br>LLC, )<br>)<br>)<br>    Alleged Debtor. )<br>_____)<br>ELIZABETH THOMAS, )<br>)<br>    Appellant, )<br>)<br>    v. )<br>)<br>PCF INVESTMENTS )<br>aka PCF PROPERTIES IN TEXAS, )<br>LLC, )<br>)<br>    Appellee. )<br>_____) | Chapter 7<br>Bk No.: 23-10378 (TMH)<br>BK. BAP No. 23-0055<br><br><br><br><br><br><br><br>Civil Action No. 23-1047-CFC |

## ORDER

At Wilmington this 25th day of April 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and the case is withdrawn from the mandatory mediation process.  A briefing schedule shall be

set, if appropriate, following disposition of appellant's pending motion. (D.I. 15)

_____
Chief Judge