IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PCF INVESTMENTS INC.<br>aka PCF PROPERTIES IN TEXAS, LLC,<br><br>      Alleged Debtor.<br>_____<br>ELIZABETH THOMAS,<br><br>      Appellant,<br><br>v.<br><br>PCF INVESTMENTS<br>aka PCF PROPERTIES IN TEXAS, LLC,<br><br>      Appellee.<br>_____ | Chapter 7<br>Bk No.: 23-10378 (TMH)<br>BK. BAP No. 23-0055<br><br><br><br><br><br><br><br><br><br>Civil Action No. 23-1047-CFC |

**<u>ORDER</u>**

At Wilmington this 16th day of May 2024,

Upon consideration of the appellant's "amended motion for voluntary dismissal" (D.I. 23) ("Motion"), and in light of the fact that the involuntary debtor-appellee is a defunct corporation that has not filed an appearance or otherwise participated in the appeal, it is HEREBY ORDERED, pursuant to Fed. R. Bankr. P.

8023(b) and on the following terms fixed by the Court: (1) the Motion is GRANTED solely to the extent set forth herein; (2) the appeal is dismissed with prejudice; (3) the purported settlement agreement (D.I. 24) among appellant and various third parties has no bearing on the dismissal and the Court does not approve or otherwise rule on such agreement; and (4) for the avoidance of doubt, the appealed Bankruptcy Court orders remain in full force and effect.

_____
Chief Judge