OFFICE OF THE CLERK

| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | UNITED STATES COURT OF APPEALS | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA 19106-1790 | |

May 24, 2024

Randall C. Lohan, Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

        Re: Thomas v. PCF Investments
          D. Del. No. 1-23-cv-01047

Dear Mr. Lohan:

  Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>, we are forwarding the attached notice of appeal from the District Court order (#25) entered 5/16/24 which was filed with this office in error. <u>See</u> Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>. **The notice was postmarked 5/20/24 and should be docketed as of that date.**

  This document is being forwarded solely to protect the litigant=s right to appeal as required by the <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>. Upon receipt of the document, kindly process it according to your Court's normal procedures. ==If your office has already received the same document, please disregard the enclosed copy to prevent duplication.==

  Pursuant to Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

  Thank you for your assistance in this matter.

            Very truly yours,

            By: /s/ Patricia S. Dodszuweit
               Clerk

PSD/ssp
Enclosure
cc: Elizabeth Thomas (w/out enclosure)