To: The Honorable Clerk of the Court

From: Elizabeth Thomas

Date: May 20, 2024

Subject: Filing Notice of Appeal

Dear Clerk

Please file the enclosed Notice of Appeal.



RECEIVED MAY 23 2024 U.S.C.A. 3rd. CIR

Thank You

*Elizabeth Thomas*