To:  the District Clerk of the Court

Date: May 30, 2024

From: Elizabeth Thomas

Subject: filing of Motion


Please file the enclosed Motion and Proposed in case No. 23-CV-01047, in the Appeal case styled as Elizabeth Thomas vs.  PCF Investments Inc. a/k/a PCF Properties in Texas LLC.




Thank You

