# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ELIZABETH THOMAS                                    Case No. 23-CV-01047(CFC)

        APPELLANT

vs.

PCF INVESTMENTS INC, A/K/A
PCF PROPERTIES IN TEXAS  LLC.

        APPELLEES

_____

## ORDER

Before the Court this day is the Appellant wishes to withdraw her Motion to Stay the

Briefing Scheduling as she no longer wish it to be heard is GRANT

 

                                  _____

                                  Hon. Colin F. Connolly
                                  United States District Judge