**US POSTAGE PAID** $9.85
Origin: 77070
05/30/24
4800420059-05

**PRIORITY MAIL®**

0 Lb 1.90 Oz
RDC 03

EXPECTED DELIVERY DAY: 06/01/24

C012

SHIP TO:
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

USPS TRACKING® #

9505 5104 4804 4151 9671 29

FROM: Elizabeth Thomas
712 H Street NE #248C
Washington D.C. 20002

TO: Office of the Clerk
United States District Court
844 North King St. Unit 18
Wilmington DE 19801

FILED
JUN 03 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE